**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7045**

———————————

CLIFTON H. RICHARDSON,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS; J. A.
SMITH, Sergeant; SERGEANT BERRY; M. LEFEVER,
Ms.; RUFUS FLEMING, Warden; R. A. YOUNG,
Regional Director; A. C. DOWNS, Reporting
Officer,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-95-706)

———————————

Submitted: September 20, 1996      Decided: October 2, 1996

———————————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Clifton H. Richardson, Appellant Pro Se. Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to vacate judgment filed pursuant to Federal Rule of Civil Procedure 60(b)(1) and denying his request for an extension of the appeal period. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richardson v. Virginia Dep't of Corr.</u>, No. CA-95-706 (E.D. Va. May 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>